PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
TIMOTHY A. RAZEL, NYSBN 4742573
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (212) 264-0534
      E-Mail: timothy.razel@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAN BUMATAY NILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:22-cv-0817 DB<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; AND ORDER** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: March 30, 2023        /s/ Jonathan Omar Pena
　　　　　　　　　　　　　　　JONATHAN OMAR PENA
　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　*Authorized via e-mail on March 30, 2023

　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　MATHEW W. PILE
　　　　　　　　　　　　　　　Associate General Counsel
　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　By:　/s/ Timothy A. Razel
　　　　　　　　　　　　　　　TIMOTHY A. RAZEL
　　　　　　　　　　　　　　　Special Assistant United States Attorney

　　　　　　　　　　　　　　　Attorneys for Defendant

## ORDER

Pursuant to the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS HEREBY ORDERED** that:

1. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner;

2. This action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand; and

3. This case is closed.

DATED: March 31, 2023        /s/ DEBORAH BARNES
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE